AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.: (212) 637-2717
john.gura@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 26, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        Plaintiff and                :   STIPULATION AND ORDER
        Judgment-Creditor,               OF GARNISHMENT
                                     :
        -v-                              09 CR 0808 (VM)
                                     :
ELIZABETH ZAPATA,
                                     :
        Defendant and
        Judgment-Debtor,             :

        and                          :

FRANSICO CASTILLO LAW PC,         :

        Garnishee.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, on September 24, 2010, the United States of America (the "United States" or the "Government") obtained a judgment against the defendant Elixabeth Zapata (the "defendant") in the amount $100,000.00, and

WHEREAS, the balance of the judgment as of January 11, 2021, is $73,240.73; and

WHEREAS, the parties wish to enter into an agreement regarding payment of the judgment,

NOW, on the signed consent of the United States and the defendant,

IT IS HEREBY STIPULATED AND AGREED that Fransico Castillo Law PC (the "Garnishee") shall pay the Government five percent of the defendant's gross earnings per pay period, and continue such payments until the debt to the Government is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further order of this Court. Payment should be made payable to the "Clerk of the Court", and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York

~~January~~ February 25, 2021

AGREED AND CONSENTED TO:

By: _____
AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
Attorney for the United States
of America

JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:       (212) 637-2717

_____
ELIZABETH ZAPATA
Defendant, pro se

SO ORDERED:

_____
Victor Marrero
U.S.D.J.

Dated:   New York, New York
         February 26, 2020