USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/19/26_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                   Judgment Creditor,

    v.

ELIZABETH ZAPATA,

                  Judgment Debtor.

09 CR 0808-01 (VM)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on September 24, 2010, the United States of America obtained a judgment against the judgment debtor, ELIZABETH ZAPATA, in the amount of $100,000.00, for which the outstanding balance is $55,813.51, and the parties have agreed to voluntary automatic deduction of 10% per pay period from ELIZABETH ZAPATA's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that ELIZABETH ZAPATA's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of ELIZABETH ZAPATA's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for ELIZABETH ZAPATA, 09 CR 0808-01.

Dated: February  19th      , 2026
       New York, New York

JAY CLAYTON
United States Attorney

_Melissa A Childs_

MELISSA CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

_E. Zapata_
_____
ELIZABETH ZAPATA
*Judgment Debtor*

SO ORDERED:

Victor Marrero
U.S.D.J.

Dated:     February 19, 2026
       New York, New York